IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
*www.flmb.uscourts.gov*

FILED
CLERK U.S. APR 0 1 2011
ORLANDO BANKRUPTCY,
DIVISION

In re:

WILLIAM TURNER CREVASSE and
LINDA KAY CREVASSE,

Case No. 6:08-bk-07612-KSJ
Chapter 7

Debtors.
-------------------------------------------------------------------/

## PUTNAM COUNTY NATIONAL BANK'S SECOND
## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW, Putnam County National Bank ("Claimant"), and moves the Court for

entry of an order directing payment of unclaimed funds now on deposit in the Registry of the

United States Bankruptcy Court. Claimant is a creditor in the above captioned bankruptcy case

and on whose behalf funds were deposited. The Claimant has a right to claim said funds due to

the following:

1.      William Turner Crevasse and Linda Kay Crevasse (the "Debtors") are debtors

under the provisions of Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"),

having filed a voluntary petition on August 29, 2008, resulting in the instant case (the

"Bankruptcy Case"). Emerson C. Noble (the "Trustee") was the duly appointed Chapter 7

trustee of the Debtors' bankruptcy estate.

2.      On November 13, 2008, the Claimant filed a claim in the Bankruptcy Case for the

sum of $1,602,121.29 (Claim No. 3) (the "Claim").

3.      On November 18, 2009, the Trustee filed his Amended Final Report (Dkt. No. 38)

(the "Final Report"), Exhibit D of which provides that the Claim is allowed and is to be paid *pro*

*rata* only after all allowed administrative and priority claims have been paid in full. The Final

Report reflects that the Claimant is to receive a distribution in the amount of $7,318.09 (the "Distribution").

4.      On November 12, 2010, the Trustee filed his Notice of Depositing Funds to the Court Unclaimed Fund Account (Dkt. No. 43), which reflects that the Distribution was being deposited in the Court Unclaimed Fund Account, pursuant to 11 U.S.C. 347(a) and in accordance with 28 U.S.C. § 2041, due to the check not being cashed within 90 days since the distribution of the final dividend, and a "stop payment" was made with the issuing bank.

5.      Through inadvertence and mistake, the Claimant destroyed the Distribution checks delivered by the Trustee, resulting in the Distribution checks never being cashed by the Claimant.

6.      As contemplated by 28 U.S.C. § 2041, the Claimant is the rightful owner of the money deposited by the Trustee with the Court, as such funds represent the Distribution owed to the Claimant according to the Final Report.

| Name of Claimant: | PUTNAM COUNTY NATIONAL BANK |
|---|---|
| Address: | Putnam County National Bank |
| | c/o Mr. Dean Ryder |
| | 43 Gleneida Avenue |
| | Carmel, NY  10512 |
| Telephone Number: | (845) 225-3688 |
| Tax ID Number: | 14-0984850 |
| Amount of Claim: | $7,318.09 |

2

7.      Claimant certifies under penalty of perjury that all statements made by Claimant

on this motion and any attachments required for this Motion is, to the best of Claimant's

knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order

authorizing payment of the dividend due upon this claim to the Claimant as provided in the Final

Report, in care of its counsel, Andrew M. Brumby, Esq., Shutts & Bowen LLP, 300 S. Orange

Avenue, Suite 1000, P.O. Box 4956, Orlando, Florida 32801, by issuing a check made payable to

"Shutts & Bowen LLP Trust Account."

8.      I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil

Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602, in addition to those set forth

on the attached certificate of service.

PUTNAM COUNTY NATIONAL BANK

By:    Dean Ryder, as President

Dated; April ___ 2011.

_____
DATE

*/s/ Andrew M. Brumby*
ANDREW M. BRUMBY, ESQ.
Florida Bar No. 0650080
*abrumby@shutts.com*
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
407/423-3200
407/425-8316 (fax)
*Attorneys for Putnam County National Bank*

3

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date caused a copy of the foregoing document to

be filed in this Court's CM/ECF System, to be served in accordance therewith, and have likewise
caused a copy of same to be delivered by US Mail, postage pre-paid thereon, to:

**Office of the United States Trustee**
135 W. Central Boulevard, Suite 600
Orlando, FL 32801

**Michael A. Paasch, Esq.**
Mateer & Harbert, P.A.
PO Box 2857
Orlando, FL 32802

**Susan Magaditsch**
Financial Manager
United States Bankruptcy Court
801 North Florida Avenue
Tampa, FL 33602

Dated: April 1, 2011

**William Thomas Crevasse and Linda Kay Crevasse**
2991 County Road 534
Mayo, FL 32066

**Emerson C. Noble**
PO Box 195008
Winter Springs, FL 32719

/s/ Andrew M. Brumby

ORLDOCS 12125894 1